JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DOUGLAS KRUSCHEN,

               Plaintiff,

         v.

VICTOR RENE MARTINEZ, et al.,

               Defendants.

Case No. CV 25-2885 FMO (AJRx)

**JUDGMENT**

    **IT IS ADJUDGED** that the above-captioned case is dismissed without prejudice.

Dated this 5th day of May, 2025.

/s/
_____
Fernando M. Olguin
United States District Judge